JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND, TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, AND TRUSTEES OF THE INTERNATIONAL TRAINING FUND. | Case No. 2:26-cv-02657-FMO-PVC Assigned to the Honorable Fernando M. Olguin **[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Plaintiffs,

vs.

D H K PLUMBING & PIPING, INC., a California corporation; and AMJAD JOE DINKHA, an individual,

Defendants.

4922-3334-3408v1  11157-35002

Order

Pursuant to the "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" between Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and Defendants D H K Plumbing & Piping, Inc. and Amjad Joe Dinkha, and good cause appearing therefore, it is hereby ordered that this action is dismissed without prejudice. The Court retains jurisdiction of the action and the parties to enforce the terms of the attached Settlement Agreement.

Dated: June 9, 2026                    _____/s/_____
                                        Honorable Fernando M. Olguin
                                        United States District Court Judge

4922-3334-3408v1  11157-35002                    2
                                              Order

# SETTLEMENT AGREEMENT

This Settlement Agreement ("Settlement Agreement"), entered into as of May 29, 2026, by and among the **Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund** (collectively the "Trustees"), **D H K Plumbing & Piping, Inc.** ("DHK"), and **Amjad Joe Dinkha** is made with reference to the following facts:

## RECITALS

A.      DHK is bound to the terms and provisions of the Master Agreement for the Plumbing and Piping Industry of Southern California in effect between the Southern California Pipe Trades District Council No. 16 of the United Association and the Southern California Contractors ("Master Agreement"). The Master Agreement incorporates by reference the trust agreements establishing each of the trust funds administered by the Trustees (collectively "Trust Agreements"). The Master Agreement and Trust Agreements obligate DHK to pay fringe benefit contributions to the Trustees for each hour of covered work performed by DHK's employees.

B.      At all times material herein, Amjad Joe Dinkha has been a shareholder and chief executive officer of DHK. Amjad Joe Dinkha is the individual who decides if and when DHK pays contributions to the Trustees pursuant to the Master Agreement and Trust Agreements. As a material part of their agreement, the parties intend for Amjad Joe Dinkha, in addition to DHK, to pay the amounts due to the Trustees under this Settlement Agreement.

C.      On or about December 12, 2025, DHK and the Trustees entered into a settlement agreement (the "Prior Settlement Agreement") to resolve delinquencies based on monthly reports from July 2025 through October 2025. DHK defaulted under the Prior Settlement Agreement. DHK owes the Trustees $15,661.84 pursuant to the defaulted Prior Settlement Agreement.

D.      Based on monthly reports from November 2025 through March 2026 (the "Monthly Reports"), DHK and Amjad Joe Dinkha owe the Trustees $64,079.74 for contributions, interest, and liquidated damages pursuant to the Master Agreement, the Trust Agreements, and the Employee Retirement Income Security Act of 1974 ("ERISA").

E.      On March 12, 2026, the Trustees filed a lawsuit in the United States District Court for the Central District of California, pending as *Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al. v. D H K Plumbing & Piping, Inc. et al*, Case No. 2:26-cv-02657-FMO-PVC ("Action"). In the Action, the Trustees seek to collect from DHK and Amjad Joe Dinkha all amounts due pursuant to the Prior Settlement Agreement and the Monthly Reports, plus in excess of $3,250.00 for attorneys' fees and costs.

4926-9674-0016v1  11157-35002                                1

F.     The Trustees, DHK, and Amjad Joe Dinkha wish to resolve all matters and disputes arising out of or related to the Prior Settlement Agreement, the Monthly Reports, and the Action.

## AGREEMENT

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the Trustees, DHK, and Amjad Joe Dinkha each agree as follows:

1.     The Recitals stated above are true and correct and are incorporated by reference.

2.     Concurrently with the execution of this Settlement Agreement, the Trustees, DHK, and Amjad Joe Dinkha shall execute a Stipulation for Dismissal Without Prejudice in the form attached hereto as **Exhibit 1**. The fully executed Stipulation for Dismissal Without Prejudice, which shall include a provision for the Court to retain jurisdiction to reopen the Action to enforce the terms of this Settlement Agreement, shall be filed in the Action by counsel for the Trustees upon execution of this Settlement Agreement by all parties.

3.     Concurrently with the execution of this Settlement Agreement, the Trustees, DHK, and Amjad Joe Dinkha shall execute a stipulation for entry of judgment ("Stipulation for Entry of Judgment") in the Action in favor of the Trustees and against DHK and Amjad Joe Dinkha, jointly and severally, for the principal amount of $82,991.58, plus post-judgment interest calculated at 8% per annum in the form attached as **Exhibit 2**. The fully executed Stipulation for Entry of Judgment shall be held by counsel for the Trustees but shall not be filed in the Action unless and until DHK and Amjad Joe Dinkha are in Default under this Settlement Agreement, as defined in paragraph 7 below.

4.     Concurrently with the execution of this Settlement Agreement, the Trustees, DHK, and Amjad Joe Dinkha shall execute a Stipulation for Dismissal With Prejudice of the Action, in the form attached hereto as **Exhibit 3**. The Stipulation for Dismissal With Prejudice shall not be filed by DHK, Amjad Joe Dinkha, or their counsel, and shall be filed by the Trustees pursuant to the terms of paragraph 8 below.

5.     DHK and Amjad Joe Dinkha shall pay the Trustees the principal amount of $49,085.18 ("Principal"), plus interest calculated at 8% per annum accruing from May 29, 2026, by paying the Trustees installments of $8,381.72 each due by the first (1st) day of each consecutive month from July 1, 2026 through and including December 1, 2026. Time is of the essence under this Settlement Agreement. All payments under this paragraph will be applied first to accrued interest and then to Principal, and shall be made by either: (1) ACH or Wire Transfer pursuant to the payment instructions attached as **Exhibit 4**; or (2) check payable to the "Southern California Pipe Trades Administrative Corporation" and delivered to Southern California Pipe Trades Administrative Corporation, Attn: Renae Mac Donald, 501 Shatto Place, 5th Floor, Los Angeles, CA 90020 or to such other address as DHK and Amjad Joe Dinkha may be notified in writing by the Trustees. DHK and Amjad Joe Dinkha may prepay Principal, and interest shall be calculated only on the remaining Principal balance. Crediting and apportionment of all payments applied to Principal shall be at the discretion of the Trustees, which they represent will be consistent with federal laws, regulations, and rules.

6.      DHK shall pay the Trustees in a timely manner all contributions and other amounts due under the Master Agreement, the Trust Agreements, and/or any other collective bargaining agreements or trust agreements by which DHK may be bound, or which may be owed pursuant to the National Labor Relations Act, ERISA, or other statute, until all amounts due under paragraph 5 above have been paid in full, including interest.

7.      If DHK or Amjad Joe Dinkha fail to satisfy any condition set forth in paragraphs 5 or 6 above, the Trustees shall send written notice by U.S. Mail to "DHK Plumbing & Piping, Inc., Attn: Amjad Joe Dinkha, 2105 W. San Bernardino Road, West Covina, CA 91790" and by email to "joe@dhkplumbing.com," "vanessa.martinez@dhkplumbing.com," and "esilverman@hillfarrer.com." If DHK and Amjad Joe Dinkha fail to comply with all conditions set forth in paragraphs 5 and 6 above within seven (7) calendar days of the mailing and emailing of said notice, DHK and Amjad Joe Dinkha shall be in default ("Default") under this Settlement Agreement. In case of Default: (A) the full amount of $82,991.58, plus interest thereon calculated at 8% per annum accruing from May 29, 2026, less any amounts paid pursuant to paragraph 5 above, shall immediately become due and owing by DHK and Amjad Joe Dinkha to the Trustees; and (B) the Trustees shall have the unconditional and immediate right to request that the Court reopen the Action to enforce the terms of this Settlement Agreement, file the Stipulation for Entry of Judgment with the Court, seek a judgment for all amounts due, and proceed to execute on the judgment once entered by the Court. The parties agree that if DHK and Amjad Joe Dinkha Default under this Settlement Agreement, the Trustees will suffer an immediate harm caused by the increased likelihood of the dissipation of assets by DHK and/or Amjad Joe Dinkha. Accordingly, in seeking a judgment pursuant to this paragraph, the Trustees may file an *ex parte* application with the Court instead of filing a regularly noticed motion.

8.      Upon completion by DHK and Amjad Joe Dinkha of all payments required by paragraph 5 above, and if DHK and Amjad Joe Dinkha are not in Default as defined in paragraph 7 above: (A) the Trustees shall file the fully executed Stipulation for Dismissal With Prejudice in the Action; and (B) the Trustees, their trustees, agents, administrators, successors, attorneys and assigns on the one hand, and DHK, Amjad Joe Dinkha, and their agents, administrators, successors, attorneys and assigns on the one hand, shall release, acquit and forever discharge each other to the fullest extent permitted by the law, from any and all claims, actions, causes of action, rights, demands, contributions, liquidated damages, interest, and late filing fees, overpayments, reimbursements, damages, accountings, attorneys' fees, and costs included in or related to the Prior Settlement Agreement and/or the Monthly Reports. Any claim to enforce the terms of this Settlement Agreement is excluded from the releases set forth in this paragraph.

9.      It is understood and agreed by DHK and Amjad Joe Dinkha that the Trustees have not audited DHK's records, and that this Settlement Agreement shall not be used to preclude the Trustees from collecting amounts based on hours of work not reported to the Trustees.

10.     It is understood and agreed by DHK and Amjad Joe Dinkha that the Trustees have not determined if DHK has, or will have in the future, any withdrawal liability as provided by ERISA (29 U.S.C. §§ 1381-1453), and that this Settlement Agreement shall not be used to preclude the Trustees from collecting amounts owed pursuant to those sections of ERISA.

4926-9674-0016v1  11157-35002                                    3

11.     This Settlement Agreement shall be subject to the exclusive jurisdiction of the federal and state courts located in the County of Los Angeles, State of California, and the rights and liabilities of the parties hereto shall be interpreted, enforced, and governed by and under federal law and to the extent applicable the laws of California.

12.     If litigation is required to enforce the terms of this Settlement Agreement, the prevailing party shall recover its reasonable attorneys' fees and other costs incurred in enforcing the Settlement Agreement.

13.     This Settlement Agreement shall be binding on the agents, successors and assigns of the Trustees, DHK, and Amjad Joe Dinkha. The parties agree that the language used in the Settlement Agreement has been reviewed and agreed upon by the parties and their counsel, and that no party shall be deemed the author or drafter thereof.

14.     This Settlement Agreement may be executed in counterparts and each shall be effective as an original, and a photocopy, .pdf, facsimile, or telecopy of this executed Settlement Agreement shall be effective as an original. In making proof of this Settlement Agreement, it shall not be necessary to produce more than one counterpart, photocopy, .pdf, facsimile, or telecopy of this executed Settlement Agreement.

15.     This Settlement Agreement contains the entire agreement between the Trustees, DHK, and Amjad Joe Dinkha with respect to the subject matter herein, and supersedes all prior negotiations and agreements with respect thereto. This Settlement Agreement may only be amended by a written instrument executed by authorized agents of the Trustees, DHK, and Amjad Joe Dinkha.

Executed on _____June 2_____, 2026:

D H K PLUMBING & PIPING, INC.

By: _____
Amjad Joe Dinkha, CEO, Secretary, CFO

Executed on _____June 2;_____, 2026:

By: _____
Amjad Joe Dinkha, an individual

4926-9674-0016v1  11157-35002                    4

Executed on _____June 2_____, 2026:

TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND, TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, AND TRUSTEES OF THE INTERNATIONAL TRAINING FUND

By:_____

Nahuel Costilla, CFO

4926-9674-0016v1  11157-35002                          5